Núm. 8598.—Pueblo, apldo. *v.* Torres, aplte.—▊▊▊
▊▊▊▊▊ Enero 28, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Por cuanto, en el caso arriba expresado el acusado no ha elevado a este Tribunal la transcripción de evidencia;

Por cuanto, no obstante, radicó un alegato en que solicita la revocación de la sentencia por dos fundamentos, a saber: (*a*) por no haber estado asistido de abogado en el juicio celebrado en la corte inferior; y (*b*) por habérsele denegado una moción de archivo y sobreseimiento por no haberse celebrado el juicio dentro de los 120 días que señala el artículo 448 del Código de Enjuiciamiento Criminal;

Por cuanto, de los autos no aparece afirmativamente que el acusado no fuese advertido de su derecho a estar representado por abogado y que no hubiese renunciado a tal derecho, subsistiendo por consiguiente la presunción de que los procedimientos se han llevado con regularidad (*Franzeen* v. *Johnston, Warden,* 111 F. (2) 817);

POR CUANTO, de los autos resulta que la moción solicitando el archivo del proceso fué radicada tardíamente, ya que se presentó el día señalado para la celebración del juicio;

POR TANTO, no existiendo los errores señalados por el apelante, se desestima el recurso y se confirma la sentencia apelada que en este caso dictó la Corte de Distrito de Bayamón el día 9 de abril de 1940.